FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 16 2009

Stephan Harris, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 09-CR-342-J |
| | ) | |
| Plaintiff, | ) | **Ct. 1:** 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| | ) | (Felon in Possession of a Firearm) |
| v. | ) | |
| | ) | **Ct. 2:** 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| **JAMES J. FRASER,** | ) | (Felon in Possession of Ammunition) |
| | ) | |
| Defendant. | | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about November 5, 2009, in Laramie County, in the District of Wyoming, the Defendant, **JAMES J. FRASER**, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, a .22 caliber rifle, bearing an unknown serial number, which had previously traveled in and affected interstate commerce

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

### COUNT TWO

On or about November 5, 2009, in the District of Wyoming, the Defendant, **JAMES J. FRASER**, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, namely a number of rounds of .22 caliber

long rifle bullets, which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Dated this 16 day of November, 2009.

KELLY H. RANKIN
United States Attorney

By: _____
JAMES ANDERSON
Assistant United States Attorney

## PENALTY SUMMARY
## INFORMATION

**DATE:** November 16, 2009

**DEFENDANT NAME:** JAMES J. FRASER

# VICTIM: No

**OFFENSE AND PENALTIES:**

| | | |
|---|---|---|
| OFFENSE: | **Ct. 1:** | **18 U.S.C. §§ 922(g)(1) and 924(a)(2)**<br>(Felon in Possession of a Firearm) |
| PENALTIES: | | 0-10 YEARS IMPRISONMENT<br>$250,000 FINE<br>3 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| OFFENSE: | **Ct. 2:** | **18 U.S.C. §§ 922(g)(1) and 924(a)(2)**<br>(Felon in Possession of Ammunition) |
| PENALTIES: | | 0-10 YEARS IMPRISONMENT<br>$250,000 FINE<br>3 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| TOTALS: | | 0-20 YEARS IMPRISONMENT<br>$500,000 FINE<br>3 YEARS SUPERVISED RELEASE<br>$200 SPECIAL ASSESSMENT |

**AGENT:** Paul Claflin, ATF     **AUSA:** James C. Anderson

**ESTIMATED TIME OF TRIAL:**     **INTERPRETER NEEDED:**

✓ five days or less          ___ Yes
___ over five days           ✓ No
___ other

**THE GOVERNMENT:**

___✓___ will

_____ will not

**SEEK DETENTION IN THIS CASE.**

_____ The court should not grant bond because the defendant is not bondable because there are detainers from other jurisdictions