# United States District Court

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
NOV 16 2009
Stephan Harris, Clerk
Cheyenne

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

James Fraser

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 09-MJ-203-J
09-CR-342-J

I, James Fraser, charged in a (complaint) (petition) pending in this District with Felon in possession of a firearm, ammunition in violation of Title 18 USC 922, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

11/16/09
Date

_____
Counsel for Defendant